**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. C 12-4894 CW (PR) |
|     Plaintiff, | |
|   v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, | |
|     Defendants. _____/ | |
| STEVEN WAYNE BONILLA, | No. C 12-5090 CW (PR) |
|     Plaintiff, | |
|   v. | |
| SUPERIOR COURT OF ALAMEDA COUNTY, JEFFREY W. HORNER, | |
|     Defendants. _____/ | |
| STEVEN WAYNE BONILLA, | No. C 12-5091 CW (PR) |
|     Plaintiff, | |
|   v. | JUDGMENT |
| UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, | |
|     Defendants. _____/ | |

Pursuant to the Court's Order of today's date dismissing the instant actions pursuant to 28 U.S.C. § 1915(g), a judgment of DISMISSAL without prejudice is hereby entered.

The Clerk of the Court shall close the files.

IT IS SO ORDERED.

DATED: 11/8/2012

_____
CLAUDIA WILKEN
United States District Judge